BETTINGER et al., Respondents, v. NEW YORK CENT. & H. R. R. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 8, 1913.) Action by Albert A. Bettinger and another against the New York Central & Hudson River Railroad Company.

PER CURIAM. Judgment of Special Term and judgment of Buffalo City Court reversed, and a new trial granted in Buffalo City Court, to be held on the 22d day of October, 1913, at 10 a. m., with costs in all courts to appellant to abide the event. Held, that the driver of the wagon was guilty of contributory negligence as matter of law, and that his negligence is imputable to the plaintiffs.

---

B. F. STURTEVANT CO., Respondent, v. FIREPROOF FILM CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by the B. F. Sturtevant Company against the Fireproof Film Company.

PER CURIAM. Judgment and order affirmed, with costs.

ROBSON, J., dissents.

---

BLUM, Respondent, v. SCOTTISH UNION & NAT. INS. CO. OF EDINBURGH, Appellant. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Max D. Blum against the Scottish Union & National Insurance Company of Edinburgh. L. Levy, of New York City, for appellant. D. Slade, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed. See, also, 142 N. Y. Supp. 1109; 143 N. Y. Supp. 1107.

---

BLUM v. SCOTTISH UNION & NAT. INS. CO. OF EDINBURGH. (Supreme Court, Appellate Division, First Department. October 31, 1913.) Action by Max D. Blum against the Scottish Union & National Insurance Company of Edinburgh. No opinion. Motion to dismiss appeal denied. Order filed. See, also, 143 N. Y. Supp. 1107.

---

In re BOARD OF RAPID TRANSIT R. COM'RS. (Supreme Court, Appellate Division, Second Department. October 3, 1913.) In the matter of the application of the Board of Rapid Transit Railroad Commissioners, etc., for the appointment of three commissioners, etc., Brooklyn and Manhattan Loop Lines, Brooklyn sections.

PER CURIAM. Motion denied, with $10 costs. See, also, 147 App. Div. 913, 132 N. Y. Supp. 1122.

CARR, J., taking no part.

---

BOLTON, Respondent, v. BUTTS, Appellant. (Supreme Court, Appellate Division, Fourth Department. October 15, 1913.) Action by Glenn Bolton against George Butts. No opinion. Judgment affirmed, with costs.

BOND & MORTGAGE GUARANTEE CO. v. CAPPADONA et al. (Supreme Court, Appellate Division, Second Department. September 23, 1913.) Action by the Bond & Mortgage Guarantee Company against Antonio Cappadona and others.

PER CURIAM. Judgment of the County Court of Kings County affirmed, with costs.

CARR, J., not voting.

---

BOOTH, Appellant, v. CLEWS, Respondent. (Supreme Court, Appellate Division, Second Department. October 24, 1913.) Action by Henry F. Booth against James B. Clews. No opinion. As the record does not show that the trial of this action will require the examination of a long account on either side, the order of reference is reversed, with $10 costs and disbursements, and motion denied, with $10 costs.

---

BOOTH et al., Respondents, v. SLEE, Appellant. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by Samuel H. Booth and others against J. Noah H. Slee. No opinion. Judgment affirmed, with costs.

---

BOVAR, Respondent, v. MECHANICVILLE ELECTRIC LIGHT & GAS CO., Appellant. (Supreme Court, Appellate Division, Third Department. September 26, 1913.) Action by Mary Bovar, as administratrix, etc., of Frank J. Malbeauf, deceased, against the Mechanicville Electric Light & Gas Company. No opinion. Motion denied. See, also, 142 N. Y. Supp. 1109.

---

In re BRAKER. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Conrad Braker, deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

In re BRAKER. (Supreme Court, Appellate Division, First Department. October 17, 1913.) In the matter of Conrad Braker, Jr., deceased. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

---

BRILL, Appellant, v. HODGENS, Respondent. (Supreme Court, Appellate Division, First Department. October 17, 1913.) Action by Raphael Brill against Thomas M. Hodgens. A. Benedict, of New York City, for appellant. A. B. King, of New York City, for respondent. No opinion. Order reversed, with $10 costs and disbursements, and motion to vacate order for examination denied, with $10 costs, the date for the examination of defendant to be fixed on settlement of order. Settle order on notice.

---

BROOKLYN HEIGHTS R. CO., Appellant, v. STEERS et al., Respondents. (Supreme Court, Appellate Division, Second Department. October 31, 1913.) Action by the Brooklyn